**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
___Richmond___ **Division**

In re: David J. Lanna
      Christina S. Lanna

Case No. 13-31054-KRH

Chapter 7

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on __August 21, 2013__. The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date: Aug 28 2013

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: August 29, 2013

[ver. 12/03]

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                              Case No. 13-31054-KRH
David J. Lanna                                                      Chapter 7
Christina S. Lanna
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0422-7          User: sewardt                Page 1 of 3              Date Rcvd: Aug 29, 2013
                              Form ID: pdford5             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2013.
db/jdb         +David J. Lanna,    Christina S. Lanna,   14606 Mill Spring Drive,    Midlothian, VA 23112-2334
cr             +SANTANDER CONSUMER USA,    8585 N STEMMONS FRWY,    STE 1100 NORTH,    DALLAS, TX 75247-3822
11643889       +American Family Fitness,    4751 Brad McNeer Parkway,    Midlothian, VA 23112-6247
11643890       +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
11643892       +Arthritis Specialists, Ltd.,    1401 Johnston Willis Drive,    Suite 4100,
                 Richmond, VA 23235-4730
11643893      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
11643897        CBCS,   Post Office Box 69,    Columbus, OH 43216-0069
11643896       +Cardiology of Virginia,    P. O. Box 11751,   Richmond, VA 23230-0151
11643899       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
11643898       +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
11643900       +Chesterfield Circuit Court,    9500 Courthouse Road,    Chesterfield, VA 23832-6684
11643901       +Chesterfield Imaging Center,    P.O. Box 13342,    Richmond, VA 23225-0342
11643902       +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
11643904        Dominion Law Associates,    Post Office Box 62717,    Virginia Beach, VA 23466-2717
11643905       +Dsrm Nt Bk,    Pob 631 112 W 8th,   Amarillo, TX 79105-0631
11643908      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
               (address filed with court: Focused Recovery Solution,    9701 Metropolitan Ct Ste,
                 North Chesterfield, VA 23236)
11643906       +Family Practice Assocaites,    13911 St. Francis Blvd. Suite,    101,   Midlothian, VA 23114-3256
11643907       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
11643917       +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
11643918       +LabCorp,    P.O. Box 2240,   Burlington, NC 27216-2240
11643888       +North & Associates, PC,    Pia J. North,   5913 Harbour Park Drive,    Midlothian, VA 23112-2163
11643922       +OrthoVirginia,    West End Orthopaedic Clinic,    P.O. Box 35725,    Richmond, VA 23235-0725
11643923       +Portfolio,    120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
11643926        Radiology Assoc of Richmond,    P.O. Box 79923,    Baltimore, MD 21279-9923
11643927       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
11643929        T-Mobile,    Post Office Box 742596,   Cincinnati, OH 45274-2596
11643930       +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
11643916      ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Aug 30 2013 02:29:28     UST smg Richmond,
                 Office of the U. S. Trustee,   701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
11643891        E-mail/Text: bnc-applied@quantum3group.com Aug 30 2013 02:57:21     Applied Bank,
                 601 Delaware Ave,   Wilmington, DE 19801
11643895       +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 30 2013 02:26:01
                 Capital One Auto Finan,    3901 Dallas Pkwy,   Plano, TX 75093-7864
11643903       +E-mail/Text: creditonebknotifications@resurgent.com Aug 30 2013 02:21:55      Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
11643909        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:38:19     GE Money Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
11643910       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:44     Gecrb/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
11643911       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:44     Gecrb/Jcp,   P.O. Box 965008,
                 Orlando, FL 32896-5008
11643912       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:44     Gecrb/Lowes Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
11643913       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:45     Gecrb/Peacdr,   C/O Po Box 965036,
                 Orlando, FL 32896-0001
11643914       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:44     Gecrb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
11643915       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2013 02:41:44     Gecrb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
11643919       +E-mail/Text: bkr@cardworks.com Aug 30 2013 02:26:06     Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
11643920       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2013 02:22:58     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
11643921       +E-mail/Text: icrb@nffs.com Aug 30 2013 02:58:01     Natl Fitness,    1645 E Hwy 193,
                 Layton, UT 84040-8525
11643928       +E-mail/Text: philadelphia.bnc@ssa.gov Aug 30 2013 02:57:52     Social Security Administration,
                 1200 Rev. Abraham Woods Jr.,   Boulevard,   Birmingham, AL 35285-0003
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0422-7           User: sewardt              Page 2 of 3                   Date Rcvd: Aug 29, 2013
                               Form ID: pdford5           Total Noticed: 43

11643894      ##+Capital One,   PO Box 85617,    Richmond, VA 23285-5617
11643924      ##+Portfolio Rc,    287 Independence,     Virginia Beach, VA 23462-2962
11643925      ##+Proffessional Emergency Care,    P. O. Box 1257,     Troy, MI 48099-1257
                                                                                         TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7               User: sewardt               Page 3 of 3               Date Rcvd: Aug 29, 2013
                                   Form ID: pdford5            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2013 at the address(es) listed below:
          Keith L. Phillips   keith@pf-law.com,
          dweekley@pf-law.com;kphillips@ecf.epiqsystems.com;beth@pf-law.com
         Pia J. North   on behalf of Joint Debtor Christina S. Lanna
          lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@Iamthewolf.com;2lawdesk@pianorth.co
         Pia J. North   on behalf of Debtor David J. Lanna
          lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@Iamthewolf.com;2lawdesk@pianorth.co

                                                                     TOTAL: 3